**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Edward Kelly Bauman                    Clyde Santon Disedare, Jr.
La Appellate Project                        Rayburn Correctional Center DOC No. 567413
P. O. Box 1641                                27268 Hwy 21
Lake Charles LA 70602-1641           Angie LA 70426

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on August 19, 2020

**REHEARING ACTION: August 19, 2020**

**Docket Number: 19   00810-KA**

**STATE OF LOUISIANA**
**VERSUS**
**CLYDE SANTON DISEDARE, JR.**
**-AKA- CLYDE SANTON DISEDARE**

**Appealed from Vermilion Parish Case No. 62237**

**BEFORE JUDGES:**

> Hon. Sylvia R. Cooks
> Hon. Phyllis M. Keaty
> Hon. Van H. Kyzar

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Clyde Santon Disedare, Jr.** has this day been

**DENIED.**

cc: Hon. Keith A. Stutes, Counsel for the Appellee
    John V. Ghio, Counsel for the Appellee